UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **STEVEN ATKINSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff**,**<br><br>v.<br><br>**FEDERATED PAYMENT SYSTEMS USA, INC.,**<br><br>Defendant**.** | Case No. 18-cv-00896-DSD-BRT<br><br><br>**ORDER** |

Pursuant to the Stipulation of Dismissal with Prejudice (ECF. No. 29), entered into by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ORDERED that the Stipulation (ECF No. 29) is **GRANTED**. It is further ORDERED, that the above-captioned matter is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

Dated:  October 19, 2018

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court